MINUTE ENTRY
SEPTEMBER 6, 2017
WILKINSON, M. J.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

LOUIS AGE III

CRIMINAL ACTION

NO. 16-032

SECTION: A

<u>INITIAL APPEARANCE</u>

APPEARANCES:  X  DEFENDANT (WITH) WITHOUT COUNSEL   *(retained)*  Hilliard C. Fazande II
9290 Morrison Road  N.O., LA 70127
              X  ASSISTANT U.S. ATTORNEY   <u>MYLES RANIER</u>
              ___ INTERPRETER _____
      Designated by Court and sworn.     Time: _____ .M  to  _____ M.

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF THE SUPERSEDING INDICTMENT WAS:
    (READ)  WAIVED  (SUMMARIZED)

_X_ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 14

SEALED

_/ BAIL SET AT _____

_____

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/

(ARRAIGNMENT) IS SET FOR ____September 8, 2017 at 10:00am,

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

____September 8, 2017 at 10:00 am____

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL

HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL

WITH COUNSEL _____