MINUTE ENTRY
ROBY, M.J.
SEPTEMBER 19, 2017

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 16-32 |
| LOUIS AGE, III | SECTION A |

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
                X  COUNSEL FOR DEFENDANT _Nicholas Trenticosta & Steven Lemoine_
                X  ASSISTANT U.S. ATTORNEY _Harry W. McSherry_
                ___  INTERPRETER _____ SWORN
                (TIME: ____.M to ____.M)

X / READING OF THE SUPERSEDING INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X  DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

X / OTHER: _Defendant moved to continue Detention Hearing to 9/22/17 at 10:00 am - SO ORDERED._

NOTICE:  X / PRE-TRIAL CONFERENCE: **TO BE SET BY SECTION A**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

X / TRIAL: **TO BE SET BY SECTION A**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

MJSTAR: 00: 02