MINUTE ENTRY
SEPTEMBER 22, 2017
ROBY, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL ACTION

VERSUS                             NO. 16-32

LOUIS AGE, III                     SECTION: A

### DETENTION HEARING

PRESENT: X/DEFENDANT

X/COUNSEL FOR THE DEFENDANT (CJA)/FPD: Nicholas J. Trenticosta 7100 St. Charles Ave. N.O., LA 70118
& Steven Lemoine 4240 Canal St. N.O., LA 70119

X/ASST. U.S. ATTORNEY Harry W. McSherry and Myles Ranier

_/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

_/GOVERNMENT WITNESS(ES) _____

X/DEFENSE WITNESS(ES) Stanley Barre, III, + Myrtis Smith sworn + testified.

MJSTAR: 00: 1:55

LOUIS AGE, III                                                    16-32 A

DEFENDANT                                                         CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

__/ DEFENDANT IS ENTITLED TO RELEASE.  BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

X_/ DEFENDANT IS NOT ENTITLED TO RELEASE.

X_/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

X_/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

X_/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT ~~WITH THAT~~ CONTAINED IN HIS/HER REPORT.

___/ THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

X_/ OTHER: _Government Exhibit's 1, 2, #3 offered and admitted._
(SEALED)