# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-032 |
| VERSUS | * | SECTION: A |
| LOUIS AGE, JR., et al. | * | |

\* \* \*

## O R D E R

Having considered the Motion to Continue Discovery Deadline, and the reasons stated herein; the motion is **GRANTED.**

The Government's deadline to produce discovery is extended by one week.

New Orleans, Louisiana, this  26th  day of February, 2018.

_____
HONORABLE JAY A. ZAINEY
UNITED STATES DISTRICT JUDGE