UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 2:16-32 |
| VERSUS | JUDGE BARRY W. ASHE |
| LOUIS AGE JR.<br>LOUIS AGE III<br>RONALD WILSON JR<br>KENDRICK JOHNSON<br>STANTON GUILLORY | |

### KENDRICK JOHNSON'S MOTION TO SEVER DEFENDANTS

NOW INTO COURT, through undersigned counsel, comes the Defendant, Kendrick Johnson, who pursuant Rule 14 of the Federal Rules of Criminal Procedure, respectfully moves this Court for an order severing his case from that of co-defendant Stanton Guillory.

WHEREFORE, for the reasons set forth in the Memorandum in Support of this Motion, Kendrick Johnson respectfully requests that this Court grant this Motion and order that Johnson's case be severed from that of co-defendant Guillory.

Respectfully submitted,

*/s/ Herbert V. Larson, Jr.*
Herbert V. Larson, Jr., (Bar No. 8052)
THE LAW OFFICES OF HERBERT V.
 LARSON, JR.
700 Camp Street
New Orleans, Louisiana 70130
(504) 528-9500 Telephone
hvl@hvllaw.com

*/s/ Stephen J. Haedicke*
Stephen J. Haedicke (Bar No. 30537)
LAW OFFICE OF STEPHEN J. HAEDICKE
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504) 291-6990 Telephone
(504) 291-6998 Fax
Stephen@haedickelaw.com

Attorneys for Kendrick Johnson

## CERTIFICATE OF SERVICE

This certifies that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

Dated:  November 1, 2019

*/s/ Stephen J. Haedicke*