UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| LOUIS AGE JR.<br>LOUIS AGE III<br>    a/k/a "Big Lou"<br>RONAL WILSON JR.<br>KENDRICK JOHNSON<br>STANTON GUILLORY<br>    a/k/a "Nan Nan" | SECTION: M (1) |

## ORDER

At the request of counsel,

IT IS ORDERED that a status conference will be held in chambers on January 10, 2020, at 9:00 a.m.

New Orleans, Louisiana, this 9th day of January, 2020.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE