UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 16-32** |
| V. | * | |
| **LOUIS AGE, III** | * | **JUDGE BARRY ASHE** |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Considering Louis Age, III's Unopposed Motion to Allow Attorney-Client Communication (R. Doc. 435),

IT IS ORDERED that the motion is GRANTED. The St. Charles Parish Sheriff's Office shall lift any and all restrictions impeding Mr. Age from communicating with his counsel, Nicholas Trenticosta and Steven Lemoine, via telephone while he is at a medical facility or at the St. Charles Parish Jail.

New Orleans, Louisiana, this 6th day of August, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE