UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL DOCKET |
| | ) | |
| versus | ) | NUMBER: 16-32-1 |
| | ) | |
| LOUIS AGE JR. | ) | JUDGE BARRY W. ASHE |
| LOUIS AGE III | ) | |
| RONALD WILSON JR | ) | |
| STANTON GUILLORY | ) | |

## MOTION TO EXCLUDE HEARSAY TESTIMONY OF INFORMANT M.C. AS INADMISSIBLE HEARSAY

NOW COMES Age Jr., Age III and Guillory, through undersigned counsel, and move this Court, to conduct a pre-trial evidentiary hearing and exclude the evidence of M.C. as it relates to statements of co-defendant Wilson offered for the truth of their contents as inadmissible hearsay that does not satisfy the against penal interest exception of FRE 804(b)(3).

The government has stated its intention to offer in evidence at the trial of the defendants the testimony of M.C. as to declarations made by Ronald Wilson, not during the course of and in furtherance of the conspiracy and not in the presence of the other defendants. The government alleges that it will provide that the statements meet the exception to the inadmissibility of hearsay testimony contained in FRE 804(b)(3).

An evidentiary hearing must be conducted and the government carries the burden of establishing the exception; a burden it cannot meet in this case. As the Fifth Circuit advised in *United States v. Sarmiento-Perez*, 633 F.2d 1092, 1101 n.5. (5th Cir. 1981), given the very real dangers of this type of testimony, the hearing to determine admissibility should be conducted pre-trial.

2

WHEREFORE, for the foregoing reasons Defendants respectfully requests that this Court conduct an evidentiary hearing and exclude the testimony of M.C. as it relates to statements deliberately elicited from Wilson while he was in custody in the trials of Age JR., Age III and Guillory.

Respectfully submitted,

*/s/ Richard Bourke*
Richard Bourke, LA 31428
Christine Lehmann LA 28122
Julia Chung LA 39142
Attorneys for Louis Age, Jr.
636 Baronne Street
New Orleans, LA 70113
504-558-9867
rbourke@thejusticecenter.org

Attorneys for Louis Age, Jr
.

**CERTIFICATE OF SERVICE**

I certify that on March 16, 2022 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

*/s/ Richard Bourke*

2